REMINGTON INVESTMENTS, INC. *v.* PATRICIA E. AVERY ET AL.
(AC 16953)

Foti, Landau and Hennessy, Js.

Submitted on briefs March 4—officially released March 24, 1998

Per Curiam. The judgment is affirmed.

PAUL GILBERTO, JR. *v.* COLONIAL SANITATION
(AC 17158)

Foti, Landau and Hennessy, Js.

Argued March 4—officially released March 24, 1998

Per Curiam. The decision of the workers' compensation commissioner is affirmed.